**JS-6**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

L.A. SPECIALTY PRODUCE CO., a California corporation, dba VESTA FOODSERVICE,

Plaintiff,

v.

CLAIM JUMPER ACQUISITION COMPANY, LLC, a Nevada limited liability company, dba CLAIM JUMPER STEAKHOUSE & BAR; KRG CLAIM JUMPER, LLC, a Nevada limited liability company; DEL MAR GROUP, LLC, a Nevada limited liability company; BHTT HOLDINGS, LLC, a Nevada limited liability company; CLAIM JUMPER RESTAURANT (SACRAMENTO), LLC, a California limited liability company; KRG JCS REDONDO BEACH, LLC, a California limited liability company; KRG BHTT, LLC, a Nevada limited liability company; C JUMPER RESTAURANTS, INC., a Texas corporation; KELLY OPERATIONS

CASE NO. 2:24-cv-06759-AB

**~~[PROPOSED]~~ ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT**

GROUP, LLC, a Pennsylvania limited liability company; KELLY COMPANIES OF SOUTHERN CALIFORNIA, LLC, a California limited liability company; KELLY INVESTMENT GROUP, LLC, a California limited liability company; MICHAEL R. KELLY, an individual

Defendants.

Having read and considered Plaintiff L.A. Specialty Produce Co., dba Vesta Foodservice ("Vesta") and Defendants Claim Jumper Acquisition Company, LLC ("Claim Jumper") dba Claim Jumper Steakhouse & Bar; KRG Claim Jumper, LLC; Del Mar Group, LLC; BHTT Holdings, LLC; Claim Jumper Restaurant (Sacramento), LLC; KRG JCS Redondo Beach, LLC; KRG BHTT, LLC; C Jumper Restaurants, Inc.; Kelly Operations Group, LLC; Kelly Companies of Southern California, LLC; and Kelly Investment Group, LLC (collectively "Corporate Defendants") stipulation for entry of judgment in the event of default ("Stipulation") and good cause appearing therefor:

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety and the Stipulated Facts therein are adopted by this Court as Findings of Fact;

IT IS HEREBY FURTHER ORDERED that the Court shall retain jurisdiction over this matter pursuant to *Kokkonen v. Guardian Life Ins.,* 511 U.S. 375 (1994) as it relates to Plaintiff's claims against Corporate Defendants to enforce the settlement agreement between the Plaintiff and Corporate Defendants as well as all orders entered by the Court in this matter, which orders shall retain their enforceability;

IT HEREBY FURTHER ORDERED that this action **is dismissed without prejudice as to the Corporate Defendants only**, subject to reopening in the event

of the Corporate Defendants' default. In addition, in the event of default by the Corporate Defendants, Vesta reserves all claims and remedies against Individual Defendant and the Individual Defendant reserves all defenses.

**IT IS SO ORDERED.**

DATED: April 16, 2025

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE