JUNE T. MONROE, State Bar No. 284763
FENNEMORE, LLP
18881 Von Karman, Suite 1260
Irvine, CA 92612
Tel: (949) 752-2911 / Fax: (949) 752-0953
jmonroe@fennemorelaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO.<br><br>Plaintiff(s),<br>v.<br>CLAIM JUMPER ACQUISITON COMPANY, LLC, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-06759-AB-E<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Michael R. Kelly
without prejudice
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

5-21-2025
*Date*

/s/ June Monroe
*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***